*IN THE CIVIL FEDERAL COURT OF*

*FOR THE COUNTY OF MONGOMERY AND STATE OF ALABMA*

RECEIVED

2006 SEP -6  A 9:16

*ANGELA DENISE NAILS,*

   *Plaintiff,*

*ALSA RANA AND RUSSLE RANA,*

   *Defendant,*

*Case Number*

1:06cv 801- MEF

*COMPLAINT BREACH OF CONTRACT*

  *The case follows under the Jurisdiction Actitcel III Section 2a Constitutional law.*
*Subject matter question controversy of Two Million Dollars. The defendants is a entity of its*
*own self-employed business renting apartments. The defendant Jurisdiction the defendant is a*
*resident of the state of Alabama. The plaintiff Jurisdiction the plaintiff is a resident of the*
*state of Alabama. Subject mater question controversy is that the defendant failed to keep the*
*contract the defendant sign with the plaintiff. The Constitutional law first amendment states*
*peaceable assembly amoung group. The defendant tenant Eugene Preston did not allow the*
*plaintiff to use the first amendment the defendants evicted the plaintiff because the plaintiff*
*complaints to the defendants of the plaintiff first amendment right. Damages court cost of*
*$201.00 Circuit court cost, Civil appeal court cost $100.00 and $50.00 court cost Supreme*

Court cost.    The plaintiff is demanding the defendants claim of attorney fees be dropped of $412.00 a $1,500.00 cost be dropped in behalf of the plaintiff the plaintiff is seeking a reverse Judgement Federal Rule 4(b) .  The events occurred January 2003 until April 2003 when the plaintiff was ask to leave the property of the apartment the plaintiff was renting from the defendant, the plaintiff was ask to leave because the plaintiff continued to complain about the tenant living down stairs from the plaintiff.   Civil Code Section 1619-1633 Express or implied contract agreement.   The lease is a legal and binding contract agreed upon by the defendant and the plaintiff the defendant would not ask the tenant living in the down stairs apartment to stop bothering the plaintiff, the tenant living down stairs form the plaintiff chase the plaintiff form the community mailbox, ran over the plaintiff in a SUV and the defendant tenant hit the plaintiff and road on down the street.  The defendant tenant block entrance and exit form the plaintiff and the defendant did not give the plaintiff any assistant that the defendant and the plaintiff agreed upon in the lease, the tenant living below the plaintiff was to be ask to leave because of the lease statements not to harass or bother any of the other tenants on the property and that the other tenants are to be able to enjoy the place that they are renting from the defendant.  The plaintiff was not able to enjoy the surroundings of the rented apartment because of the behavior of the tenant that live down stairs form the plaintiff. Exhibit A Lease agreement.  Exhibit B Local City Police Reports.  Exhibit C Eugene Preston Driving Recorded(defendant tenant). Exhibit D Letter from the owner of the SUV Eugene Preston was driving January 30, 2003.  Exhibit E Letters form a Attorney referencing a letter Eugene and Pauline Preston sent to the attorney stating they had no

insurance the day of the hit and run against the plaintiff. Exhibit F Doctor report of the plaintiff injuries form the auto accident. The police reports state that the driver of the SUV is responsible for the plaintiff who was a predistran at the time the defendant tenant struck the plaintiff with the SUV. The plaintiff is pleading with the court to set a Jury hearing for this case. Mail complaint to 405 Redwood Street Dothan, Alabama 36301.

*Angela Denise Nails*

ANGELA DENISE NAILS

PRO  SE

EXHIBIT A

A BINDING **LEASE/RENTAL AGREEMENT BETWEEN** M M Properties the Management and _____ , party # 1 and _____ , party # 2 as the Tenant, for the rental dwelling located at 403 Holly Ln , identified by Property Code # A-4 , for a term of 6 months, beginning on 1-10-03 and ending on 6-30-03 with a Move-In date of 1-10-03 pursuant to the terms and conditions of this Lease, to wit:

**RENT VALUE AND PAYMENT SCHEDULE:** The above described dwelling has a rent value of $ 325 per month, due and payable in advance of occupancy on or before the **first day** of each month. Check or money order must be made payable to **Aslam and Munazza Rana.** The Tenant will be notified in writing at least thirty (30) days in advance of any change in the rent. There will be a charge of $ 20.00 if the Management has to come to you and collect the rent. A fee of $25.00 will be charged on any returned check and all future payments will be required by a **Money Order or Cashier's Check** only.

**SECURITY DEPOSIT:** The Tenant agrees to post a Security Deposit in the amount of $ 200 in advance.

**NUMBER OF OCCUPANTS:** As determined by the Application, the maximum number of occupants allowed are 1 adults and Ø children. Any changes in household must be approved and authorized by the Management.

**SECTION 8 RENTAL ASSISTANCE:** The Tenant receiving rental assistance will also conform to his/her **Section 8 contract.** This office cooperates with all government agencies in providing the Tenant's information.

**MOVE-IN INSPECTION:** The Tenant must complete a **Move-In Inspection** with the management prior to move-in to document the condition of the dwelling. The Tenant agrees to maintain the unit in as good a condition as he or she found it at the beginning of this lease, less normal wear and tear.

**MAINTENANCE:** The Management reserves the right to **enter the dwelling at any time,** to perform routine maintenance, maintenance inspections, and in case of emergency. The Tenant **must report** any maintenance **problems** to the rental office for repairs in writing. Failure to report is considered negligence on the part of the Tenant and he or she may be billed for the repairs or replacement service. The Tenant **must not make any repairs or alterations including finishes.**

**RULES & REGULATIONS:** Each Tenant is responsible for a quiet, non-intrusive lifestyle that will not infringe on the rights and privacy of his /her neighbors. Loud noise, boisterous conduct, violence of any type, and unsafe or unsanitary living conditions are strictly forbidden. The Tenant is responsible for the conduct and actions of his/her guests. Any illegal activities are grounds for immediate eviction. Domestic disputes or other altercations, which cause a disturbance, may lead to termination of the Lease. **Three (3) Letters of Warning in any twelve (12) month period** is grounds for non-renewal of the lease.

**LATE CHARGES:** Rent is due in full on or before the first day of each month in advance of occupancy. A **five (5) days** grace period is extended. Rent not received by the fifth (5th) day of any month is considered a major breech of the Lease Agreement and any payment, accepted after the grace period ends, is subject to a Late Charges in the amount of **twenty five Dollars ($25.00) for the first five days and five ($5.00) Dollars per day thereafter** through the date payment is received in full. The Tenants must pay rent on time to protect credit.

**NON-PAYMENT OF RENT MEANS EVICTION:** By signing this Lease, the Tenant agrees to pay in advance for housing. Any Tenant who may fail to meet his or her rent obligation by the fifth of the month will be served an EVICTION NOTICE on the 6th day of the month. The Tenant agrees to pay all costs incurred by the Management in regaining the possession of the dwelling. If eviction proceedings begin, **tenant agrees to waive service of the FIRST EVICTION NOTICE.** At that time, only one **SEVEN (7) DAY NOTICE will be served.**

**NOTICE TO VACATE:** After the Lease period is over, the Tenant is responsible for giving the Management at least a thirty (30) days written notice of intent to vacate his or her dwelling.

**MOVE-OUT INSPECTION:** After vacating and cleaning the dwelling, the tenant will request a Move-Out Inspection to determine the disposition of the Security Deposit that will be processed by the 15th of the month. The refund will be mailed by the **15th of the following month** along with a copy of the Move-Out Inspection. The Management will issue a copy of the Vacate Report to the tenant's forwarding address with any monies due in the form of a check.

**LEASE ADDENDUMS:** All addendums to this lease are active and binding parts of this lease agreement. Any **changes or additions in the lease** agreement become effective thirty (30) days after written notice is given to The Tenant.

**TENANT'S RESPONSIBILITIES:** See attached with this lease "Tenant's Responsibilities".

**TENANT'S PERSONAL PROPERTY:** The Management is not liable for any of Tenant's personal property loss caused by fire, theft, storm damage, busted water pipes or an act of God, including any personal injuries of tenants or their guests. The Management advises the Tenant to buy **tenant's insurance.**

**PETS:** No pets are allowed at premises at any time.

**Discount:** Pay RENT by the **FIFTH** of each month and receive a DISCOUNT of $ 50 for that month.

| | | |
|---|---|---|
| Angela Denise Nails  1-10-03 | | |
| Primary Lessor          Date | Secondary Lessor          Date |

| | |
|---|---|
| Patricia Daucot  1-10-03 | |
| The Management or Representative     Date | |

LEASE April 02

## THE GARDENS
*401 Holly Lane, Dothan, Alabama 36301- Phone (334) 794-8311*

An Equal Housing Management Company for The Garden at 401 Holly Lane, Woodland Deluxe at 107 Virginia Drive and Chateau at 1308 Sioux Street.

# TENANT RESPONSIBILITIES    Name: Angela Nails Address: 403 Holly Ln.
A34.00

**RENT:** All rent is due and payable on the 1st day of each month.    Rent is payable by personal check, cashier's check, or money order. Rent should be paid during posted office hours directly to the Manager. The Manager will issue a receipt for the rental payment at the time payment is rendered. A mail drop has been provided for unavoidable after hours/weekend payments. Make rent checks payable to **ASLAM and Munazza RANA.**

**BAD CHECK POLICY:**    Tenant's rendering payment for rent from closed accounts, accounts with insufficient funds, or other problem accounts, will be required to make all further rent payments by cashier's check or money order as no personal checks will be accepted. Deliberate attempts to defraud on rent payments will result in immediate eviction.    If rent is late, personal checks will not be accepted.

**OCCUPANCY:**    Your application and lease agreement show the identity of all parties approved to live in the housing you have leased from RANA PROPERTIES. If the number of persons in your household DECREASES, or INCREASES, you must notify the Management. The lease must reflect the addition of newborn children or additional family members. EVERY ADULT ADDED TO YOUR HOUSEHOLD MUST BE APPROVED BEFORE MOVE-IN! No one may just "come and stay with you." Every tenant must be screened and approved under the conditions of our lease. Each adult must complete an application and be screened before occupancy. Tenants, found to be sharing a household with anyone not approved and is a part of the lease agreement, will be subject to eviction. Tenants receiving subsidy or assistance from state and federal housing programs will be reported to the appropriate office. Tenants are not restricted from normal visits from family and friends, but when individuals are at the property more than a few days, we must assume he or she is living on the premises. THIS WILL BE ENFORCED.

**SECURITY DEPOSITS:**    A Security Deposit will be charged to protect the interests of the owners. All or part of these monies will be returned to you at the time of vacating the premises, based upon the condition of the premises and if all your rent payments are current. If you owe rent, all or part of your Security Deposit may be withheld to cover payments due. If you owe for damages to the premises, all or part of your Security Deposit may be withheld to cover damages. If your Security Deposit does not cover rent due or damages assessed, you will be billed for the additional costs. If you disregard the bill for damages or rents exceeding your Security Deposit, a suit will be filed against you to reclaim the MONIES DUE TO US, INCLUDING COURT FEES, in a court of law.

**MAINTENANCE:**  Routine maintenance service is provided by the owners of this property. Routine maintenance is maintenance required by normal wear and tear. Requests for maintenance should be reported to the Manager either by telephone or written on a piece of paper and dropped at the office mail slot. Maintenance will be performed on non-emergency requests as soon as possible. As part of your lease agreement, the Management may enter your apartment to perform maintenance and inspection in your absence. Non-emergency situations include leaky faucets, cupboard drawers or hinges, etc. Emergency situations will include a busted water pipe, smoke or fire from an electrical fixture, etc. Heating and Air Conditioning outages are not considered emergency situations unless they are documented for medical requirements, or in extreme temperatures. These should be reported to the Management during normal office hours when technicians are available.

**DAMAGE TO THE PROPERTY:**    Damages caused by tenant-abuse or neglect or accident will be charged to the tenant. Hot grease dropped on kitchen flooring or dumped in kitchen sink might be an accidental spill, but the owner is not responsible for that spill. In such cases, the tenant will be billed for the repairs or replacement at the least possible cost. Tenant should regularly inspect his or her apartment and report maintenance needs.  A leaky pipe under the kitchen sink can be quickly and easily repaired. However, tenant neglect in reporting such a leak may lead to the necessity of replacing the cabinet floor, which will be billed to the tenant who did not report the leak.

**GROUNDS FOR EVICTION:** Tenants who openly disregard the terms of the lease and cause damage to the investment of the owners of this property will be charged in full for all damages caused by abuse and neglect. This behavior would be a GROUND for EVICTION.

**RESPECT AND PRIDE:**    Every tenant should reflect his pride and self-esteem in his living environment as well as his respect and consideration for his neighbors and his obligations to others.  Apartment must be kept in a clean and orderly condition at all times. Porches and stairwells must remain clear of trash and debris.

**NOISE ORDINANCE:**    No loud sounds from cars or apartments at anytime.

**ALCOHOL AND DRUGS:**  At no time will drugs be permitted.  No alcoholic beverages will be allowed outside the apartment.

GUESTS:    Tenants shall be responsible for their guests at all times while they are on the premises.

PARKING LOTS AND YARDS: No speeding through the complex. Speed limits are posted at each entrance. No parking on grass or in driveways. Guests of residents must use the complex parking off the road. Washing or performing any maintenance on vehicles on the premises is prohibited.

AN

**POLICE ACTION:** Should there be any police action involving your apartment for any reason, management will review the circumstances. If the decision by the management is unfavorable, eviction process will be initiated.

AN

**PETS:** No pets are allowed at any time.

Date: 1-10-03          Note: Initial beside each ITEM.

C:\My Documents\Rental\Tenant responsibilities.doc          REVISED: June 2000

# EXHIBIT B

## DOTHAN POLICE DEPT
### Media Report

Page:
Program: CMS

OFFN-Offense                    Case No. . . . : 1-03-000939
1-03-000939                     Occur From Date: 1/30/03 13:00
1/30/03 13:00                   Day Of Week  . : THURSDAY
RECKLESS ENDANGERMENT
CLOSED EXCEPTIONALLY CLEARED
2/13/03                         Alcohol Related: NO
NO
100 VIRGINIA DR
DOTHAN, AL 36301
HOUSTON
HIGHWAY,STREET OR ALLEY         Map Reference  : 12A
Zone 19
GEN-HUD                         Zone/division  : 1st Squad
1/31/03 13:20                   Report Officer : SKIPPER, JOHNNY
WHITAKER, LANA  2/10/03         Supervisory Emp: MERRITT, TOMMY
1/31/03 13:03
1/31/03 13:30                   Date Arrived . : 1/31/03 13:11

         1 of   1
03-000939
RECKLESS ENDANGERMENT               1314
RECKLESS ENDANGERMENT      Attmpt/Committ : COMMITTED
                           Attack Reason  : OTHER CRIME
THSR                       Evid Collected : NO
HIGHWAY,STREET OR ALLEY
Exceptionally              UCR Disposition: Closed
/03                        Exception Clear: LACK OF PROSECUTION

                                1 of   1  Title For Omitted Suspec

                                1 of   1
03-000939                  Prompt valid in: NAILS, ANGELA DENIS
HOLLY LN APTA4
THAN, AL 36303
312-1210                   Business Phone : 334/000-0000
1961 42                    Social Security: 212782867
0957  TX                   Race . . . . . : BLACK
BLUE                       Ethnic Origin  : Black
                           Weight . . . . : 160
GRE                        Juvenile . . . : ADULT
Black                      Eye Color  . . : Brown
MENTALLY UNSTABLE          Marital Status : Single
TION                       File Charges . : YES
                           Victim Sobriety: SOBER
                           Med Treatment  : NOT TREATED

     1 of   1
SUSPECT**
Trucks of All types        Vehicle type . : MOTOR VEHICLE
GU                         Year . . . . . : 1996
TROOPER II                 Model  . . . . : TROOPER II
                           Color - Top  . : GREEN

```
--------------------------------------------+-------------------------------
 ate:  2/18/05                    DOTHAN POLICE DEPT              Page:     1
 ime:  9:54:27                    Offense Report              Program: CMS301L
--------------------------------------------------------------------------------

 ase No. . . . : 1-03-000939
 ase Number  . : 1-03-000939          Occur From Date: 1/30/03 13:00
 ccur To Date  : 1/30/03 13:00        Day Of Week  . : THURSDAY
 pt Class . . : RECKLESS ENDANGERMENT
 ase Status  . : CLOSED EXCEPTIONALLY CLEARED
 ase Status Dt : 2/13/03              Alcohol Related: NO
 ug Related?  : NO
 treet Number  : 100 VIRGINIA DR
 ty . . . . . : DOTHAN, AL 36301
 unty . . . . : HOUSTON              Map Reference  : 12A
 cation Type  : HIGHWAY,STREET OR ALLEY
 at . . . . . : Zone 19              Zone/division  : 1st Squad
 strict . . . : NON-HUD              Report Officer : SKIPPER, JOHNNY
 port Date  . : 1/31/03 13:20        Supervisory Emp: MERRITT, TOMMY  1/31/03
 try Date . . : WHITAKER, LANA  2/10/03
```

```
****************** A D D I T I O N A L    T I M E S ******************
 se Number  . : 1-03-000939          Date Dispatched: 1/31/03 13:03
 te Arrived . : 1/31/03 13:11        Date Cleared . : 1/31/03 13:30
```

```
*********** C A S E   M A N A G E M E N T   I N F O R M A T I O N ***********
 se Number  . : 1-03-000939          Dept Class . . : RECKLESS ENDANGERMENT
 se Status  . : CLOSED EXCEPTIONALLY CLEARED
 se Status Dt : 2/13/03
```

```
****************** O F F E N S E    R E P O R T # 1 ******************
 se Number  . : 1-03-000939
 ate Class  . : RECKLESS ENDANGERMENT          1314
 deral Class  : RECKLESS ENDANGERMENT  Attmpt/Committ : COMMITTED
 mputer Theft  : NO                   Attack Reason  : OTHER CRIME
 apon Type  . : OTHER                 Evid Collected : NO
 cation Type  : HIGHWAY,STREET OR ALLEY
 ate Dispo  . : Exceptionally         UCR Disposition: Closed
 spo Date . . : 1/31/03               Exception Clear: LACK OF PROSECUTION
```

```
                    ***ASSAULT INFORMATION***
 se Number  . : 1-03-000939           Victim . . . . : ANGELA DENISE NAILS
 spect  . . . : BILLY DEBOSE Eugene Pristin
 R Circumst.  : MISDMEANOR ASSAULT    ASSAULT
```

```
******** O F F E N S E   P R I M A R Y   R E L A T I O N S H I P S ***********
 ffense #:    001 RECKLESS ENDANGERMENT        1314 / RECKLESS ENDANGERMENT
   Name #...:   001 → (SUSP) DEBOSE, BILLY ← Eugene Preston
   Name #...:   001  (VICT) NAILS, ANGELA D.
```

```
************* N A M E   P R I M A R Y   R E L A T I O N S H I P S *************
 ame #...:   001  (VICT) NAILS, ANGELA D.
   Name #...:   001  (SUSP) DEBOSE, BILLY / NEIGHBOR
```

```
******** V E H I C L E   I N F O R M A T I O N   # 1 *********************
 se number  . : 1-03-000939           Category . . . : **S U S P E C T**
 hicle type . : MOTOR VEHICLE         State Veh Type : Trucks of All types
```

```
------------------------------------------------------------------------
Date:  2/18/05               DOTHAN POLICE DEPT              Page:    3
Time:  9:54:23                Offense Report            Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . : 1-03-000981    *Eugene Preston*                (Continued)
    02-01-03 AT ABOUT 1420 HRS DEBOSE FOLLOWED HER TO AND FROM HER
    MAILBOX.  NAILS SAID BECAUSE OF PREVIOUS INCIDENTS SHE FEELS DEBOSE
    WAS FOLLOWING HER ON PURPOSE IN AN ATTEMPT TO ALARM HER AND SHE FEELS
    THREATENED BY DEBOSE.  NAILS SAID DEBOSE DID NOT SAY ANYTHING TO HER,
    AND DID NOT MAKE PHYSICAL CONTACT WITH HER.

* * * * * * * * * * * * * * END OF REPORT * * * * * * * * * * * * * * * *

```
--------------------------------------------------------------------------
Date:   2/18/05                DOTHAN POLICE DEPT              Page:      1
Time:   9:54:34                 Offense Report           Program: CMS301L
--------------------------------------------------------------------------

Case No. . . . : 1-03-000733
Case Number   . : 1-03-000733          Occur From Date: 1/16/03 6:00
Occur To Date : 1/24/03 23:00          Day Of Week  . : THURSDAY
Dept Class . . : HARASSMENT
Case Status  . : CLOSED EXCEPTIONALLY CLEARED
Case Status Dt : 1/24/03               Alcohol Related: NO
Drug Related?  : NO
Common Name  . : GARDENS A4, 403 HOLLY LN APTA4
City . . . . . : DOTHAN, AL 36303
County . . . . : HOUSTON               Map Reference  : 12A
Location Type  : RESIDENCE             Beat . . . . . : Zone 12
Zone/division  : 2nd Squad             District . . . : NON-HUD
Report Officer : WATKINS, JERRY        Report Date  . : 1/24/03 14:40
Supervisory Emp: HARDEN      RET, DONALD  1/24/03
Entry Date . . : WHITAKER, LANA  2/06/03


********************* A D D I T I O N A L   T I M E S ********************
Case Number   . : 1-03-000733          Date Dispatched: 1/24/03 14:15
Date Arrived . : 1/24/03 14:28         Date Cleared . : 1/24/03 16:06

********************* R E L A T E D   I N C I D E N T S *****************
                     Incident #     Incident # Source
                     1-03-000826    OFFN HARASSMENT

*********** C A S E   M A N A G E M E N T   I N F O R M A T I O N *******
Case Number   . : 1-03-000733          Dept Class . . : HARASSMENT
Case Status   . : CLOSED EXCEPTIONALLY CLEARED
Case Status Dt : 1/24/03


********************* O F F E N S E   R E P O R T  #   1 ****************
Case Number   . : 1-03-000733
State Class   . : HARASSMENT                 1314
Federal Class  : HARASSMENT            Attmpt/Committ : COMMITTED
Computer Theft : NO                    Attack Reason  : OTHER CRIME
Weapon Type  . : OTHER                 Evid Collected : NO
Location Type  : RESIDENCE             State Dispo  . : Exceptionally
CR Disposition : Closed                Dispo Date . . : 1/24/03
Exception Clear: LACK OF PROSECUTION


                    ***ASSAULT INFORMATION***
Case Number   . : 1-03-000733          Victim . . . . : ANGELA DENISE NAILS
Suspect  . . . : EUGENE PRESTON
CR Circumst.  : MISDMEANOR ASSAULT    ASSAULT

******** O F F E N S E   P R I M A R Y   R E L A T I O N S H I P S ******
Offense #:  001 HARASSMENT                   1314 / HARASSMENT
   Name #...:   001   (SUSP) PRESTON, EUGENE
   Name #...:   001   (VICT) NAILS, ANGELA D.

************* N A M E   P R I M A R Y   R E L A T I O N S H I P S *******
Name #...:   001   (VICT) NAILS, ANGELA D.
   Name #...:   001   (SUSP) PRESTON, EUGENE / NEIGHBOR
```

```
-------------------------------------------+--------------------------------
Date:  2/18/05                 DOTHAN POLICE DEPT              Page:      2
Time:  9:54:34                  Offense Report           Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-03-000733                          (Continued)

************** S U S P E C T / A R R E S T E E   I N F O R M A T I O N - # 1 **
Case Number   . : 1-03-000733        Prompt valid in: PRESTON, EUGENE
Street Number : 403 HOLLY LN APTA3
City . . . . . : DOTHAN, 36 303
Home Phone No. : 334/000-0000          Business Phone : 334/000-0000
Birth Date . . : 1/31/1964 38 <        Maximum Age  . : 38
Social Security: 260230672 <           Oper Lic No. . : 6645011  AL
Race . . . . . : BLACK                 Sex  . . . . . : MALE
Juvenile . . . : ADULT

************** W I T N E S S    I N F O R M A T I O N - # 1 ***************
Case Number   . : 1-03-000733
Last Name   . . : GARRETT, PATRICIA WILLIAMS
Street Number : 1604 HODGESVILLE RD LOTC503
City . . . . . : DOTHAN, AL 36301
Home Phone No. : 334/793-4984          Business Phone : 334/794-8311
Birth Date . . : 9/20/1967 35          Social Security: 421981023
Oper Lic No. . : 5234738  AL           Race . . . . . : WHITE
Sex  . . . . . : FEMALE                Ethnic Origin  : Non-Hispanic
Height . . . . : 507                   Weight . . . . : 185
Occupation . . : MGR/A M PROPERTIES    Juvenile . . . : ADULT

************** V I C T I M    I N F O R M A T I O N  - # 1 ***************
Case Number   . : 1-03-000733        Prompt valid in: NAILS, ANGELA DENISE
Street Number : 403 HOLLY LN APTA4
City . . . . . : DOTHAN, AL 36303
Home Phone No. : 334/712-1210          Business Phone : 334/000-0000
Birth Date . . : 1/08/1961 42          Social Security: 212782867
Oper Lic No. . : 13463957  TX          Race . . . . . : BLACK
Sex  . . . . . : FEMALE                Height . . . . : 501
Weight . . . . : 160                   Employer/Occup.: NONE
Juvenile . . . : ADULT                 Hair Color . . : Black
Eye Color  . . : Brown                 Caution  . . . : MENTALLY UNSTABLE
Marital Status : Single                Victim Type  . : PERSON
File Charges . : YES                   Can Identify . : YES
Victim Sobriety: SOBER                 Injury Extent  : None
Med Treatment  : NOT TREATED

************************** N A R R A T I V E   # 1 *********************
CAD Information           Reported By: WATKINS, JERRY L.              1/24/03

     Call#: 030240347      Beat: ZONE 12
     Units.: 670    Employees: 0000000670 WATKINS, JERRY
     Call change from S56 to S48 BY CAD05H P 01 0000000046
     RF..670 SO/RCC
     10-3 1031

************************** N A R R A T I V E   # 2 *********************
ORIGINAL REPORT           Reported By: WATKINS, JERRY L.            2/06/03
                          Entered By.: WHITAKER, LANA J.           2/06/03

```
--------------------------------------+---------------------------------------
Date:  2/18/05                    DOTHAN POLICE DEPT                   Page:      3
Time:  9:54:34                      Offense Report              Program: CMS301L
--------------------------------------------------------------------------------
```

Case No. . . . : 1-03-000733                                      (Continued)
    ON 01-24-03 I RESPONDED TO 403 HOLLY LN APT A4.  I SPOKE WITH BF
    ANGELA NAILS.  SHE STATED THAT BM EUGENE PRESTON AND BF PAULINE
    PRESTON ARE BEING LOUD IN THEIR APT AND THAT PAULINE CALLED HER A
    "STUPID FUNKY BITCH".  I SPOKE WITH MR AND MRS PRESTON AND THEY
    STATED THAT THEY HAVE NOT SAID ANYTHING TO MS NAILS.  I ALSO SPOKE
    WITH THE LANDLORD, WF PATRICIA GARRETT, AND SHE STATED TAHT MS NAILS
    COMPLAINS EVERYDAY THAT THE PRESTONS ARE THINKING TOO LOUDLY AND THAT
    THEY ARE ARGUING WITH OTHER PEOPLE IN THEIR MINDS AND SHE CAN HEAR
    THEM.  WHEN I ASKED MS NAILS ABOUT THIS SHE STATED THAT "ITS ALL PART
    OF TELEPATHY AND EVERYBODY KNOWS THAT."  I TOLD MS NAILS THAT I
    WASNT GOING TO DO A REPORT AND THAT I WASNT GOING TO LET HER SIGN
    A WARRNT ON THEM FOR THINKING TOO LOUDLY.  MS NAILS WANTED TO COMPLAIN
    ON ME, SO I HAD SGT D HARDEN RESPOND AND HE ADVISED THAT I HAD TO
    WRITE A REPORT AND LIST HER COMPLAINT.  THE PRESTONS STATED THAT MS.
    NAILS IS ALWAYS STOMPING AROUND UPSTAIRS AND I HEARD THIS WHILE I
    WAS IN THEIR APARTMENT.  WARRANT PROCEDURES WERE ADVISED.

  * * * * * * * * * * * * * * * END OF REPORT * * * * * * * * * * * * * * * * *

```
--------------------------------------------------------------------------
ate:   2/18/05               DOTHAN POLICE DEPT                Page:     1
ime:   9:54:34                 Offense Report             Program: CMS301L
--------------------------------------------------------------------------

ase No. . . . : 1-03-000733
ase Number  . : 1-03-000733            Occur From Date: 1/16/03 6:00
ccur To Date  : 1/24/03 23:00          Day Of Week  . : THURSDAY
ept Class . . : HARASSMENT
ase Status  . : CLOSED EXCEPTIONALLY CLEARED
ase Status Dt : 1/24/03                Alcohol Related: NO
rug Related?  : NO
ommon Name  . : GARDENS A4, 403 HOLLY LN APTA4
ity . . . . . : DOTHAN, AL 36303
ounty . . . . : HOUSTON                Map Reference  : 12A
ocation Type  : RESIDENCE              Beat . . . . . : Zone 12
one/division  : 2nd Squad              District . . . : NON-HUD
eport Officer : WATKINS, JERRY         Report Date  . : 1/24/03 14:40
upervisory Emp: HARDEN       RET, DONALD  1/24/03
ntry Date . . : WHITAKER, LANA  2/06/03
```

```
******************** A D D I T I O N A L    T I M E S *********************
ase Number  . : 1-03-000733            Date Dispatched: 1/24/03 14:15
ate Arrived . : 1/24/03 14:28          Date Cleared . : 1/24/03 16:06
```

```
************** R E L A T E D    I N C I D E N T S ***********************
               Incident #    Incident # Source
               1-03-000826   OFFN HARASSMENT
```

```
*********** C A S E    M A N A G E M E N T    I N F O R M A T I O N **************
ase Number  . : 1-03-000733            Dept Class . . : HARASSMENT
ase Status  . : CLOSED EXCEPTIONALLY CLEARED
ase Status Dt : 1/24/03
```

```
******************** O F F E N S E    R E P O R T  #   1 ****************
ase Number  . : 1-03-000733
tate Class  . : HARASSMENT                    1314
ederal Class  : HARASSMENT             Attmpt/Committ : COMMITTED
omputer Theft : NO                     Attack Reason  : OTHER CRIME
eapon Type  . : OTHER                  Evid Collected : NO
ocation Type  : RESIDENCE              State Dispo  . : Exceptionally
CR Disposition: Closed                 Dispo Date . . : 1/24/03
xception Clear: LACK OF PROSECUTION
```

```
                  ***ASSAULT INFORMATION***
ase Number  . : 1-03-000733            Victim . . . . : ANGELA DENISE NAILS
uspect  . . . : EUGENE PRESTON
CR Circumst.  : MISDMEANOR ASSAULT     ASSAULT
```

```
******** O F F E N S E    P R I M A R Y    R E L A T I O N S H I P S ***********
ffense #:   001 HARASSMENT                    1314 / HARASSMENT
   Name #...:   001   (SUSP) PRESTON, EUGENE
   Name #...:   001   (VICT) NAILS, ANGELA D.
```

```
************* N A M E    P R I M A R Y    R E L A T I O N S H I P S *************
ame #...:   001   (VICT) NAILS, ANGELA D.
   Name #...:   001   (SUSP) PRESTON, EUGENE / NEIGHBOR
```

```
-------------------------------------------+-------------------------------------
Date:  2/18/05                  DOTHAN POLICE DEPT                 Page:      2
Time:  9:54:34                   Offense Report              Program: CMS301L
-------------------------------------------------------------------------------
```

Case No. . . . : 1-03-000733                              (Continued)

************** S U S P E C T / A R R E S T E E   I N F O R M A T I O N -  # 1 **
Case Number  . : 1-03-000733          Prompt valid in: PRESTON, EUGENE
Street Number  : 403 HOLLY LN APTA3
City . . . . . : DOTHAN, 36 303
Home Phone No. : 334/000-0000         Business Phone : 334/000-0000
Birth Date . . : 1/31/1964 38         Maximum Age  . : 38
Social Security: 260230672            Oper Lic No. . : 6645011  AL
Race . . . . . : BLACK                Sex  . . . . . : MALE
Juvenile . . . : ADULT

************** W I T N E S S    I N F O R M A T I O N -  # 1 ****************
Case Number  . : 1-03-000733
Last Name  . . : GARRETT, PATRICIA WILLIAMS
Street Number  : 1604 HODGESVILLE RD LOTC503
City . . . . . : DOTHAN, AL 36301
Home Phone No. : 334/793-4984         Business Phone : 334/794-8311
Birth Date . . : 9/20/1967 35         Social Security: 421981023
Oper Lic No. . : 5234738  AL          Race . . . . . : WHITE
Sex  . . . . . : FEMALE               Ethnic Origin  : Non-Hispanic
Height . . . . : 507                  Weight . . . . : 185
Occupation . . : NGR/A M PROPERTIES   Juvenile . . . : ADULT

************** V I C T I M    I N F O R M A T I O N -  # 1 ****************
Case Number  . : 1-03-000733          Prompt valid in: NAILS, ANGELA DENISE
Street Number  : 403 HOLLY LN APTA4
City . . . . . : DOTHAN, AL 36303
Home Phone No. : 334/712-1210         Business Phone : 334/000-0000
Birth Date . . : 1/08/1961 42         Social Security: 212782867
Oper Lic No. . : 13463957  TX         Race . . . . . : BLACK
Sex  . . . . . : FEMALE               Height . . . . : 501
Weight . . . . : 160                  Employer/Occup.: NONE
Juvenile . . . : ADULT                Hair Color . . : Black
Eye Color  . . : Brown                Caution  . . . : MENTALLY UNSTABLE
Marital Status : Single               Victim Type  . : PERSON
File Charges . : YES                  Can Identify . : YES
Victim Sobriety: SOBER                Injury Extent  : None
Med Treatment  : NOT TREATED

********************** N A R R A T I V E   # 1 ***********************
CAD Information          Reported By: WATKINS, JERRY L.              1/24/03

    Call#: 030240347       Beat: ZONE 12
    Units.: 670    Employees: 0000000670 WATKINS, JERRY
    Call change from S56 to S48 BY CAD05H P 01 0000000046
    RF..670 SO/RCC
    10-3 1031

********************** N A R R A T I V E   # 2 ***********************
ORIGINAL REPORT          Reported By: WATKINS, JERRY L.              2/06/03
                         Entered By.: WHITAKER, LANA J.              2/06/03
```

```
--------------------------------------------+--------------------------------------
Date:  2/18/05                    DOTHAN POLICE DEPT                   Page:      3
Time:  9:54:34                      Offense Report                   Program: CMS301L
-------------------------------------------------------------------------------------
```

Case No. . . . : 1-03-000733                                      (Continued)
   ON 01-24-03 I RESPONDED TO 403 HOLLY LN APT A4.  I SPOKE WITH BF
   ANGELA NAILS.  SHE STATED THAT BM EUGENE PRESTON AND BF PAULINE
   PRESTON ARE BEING LOUD IN THEIR APT AND THAT PAULINE CALLED HER A
   "STUPID FUNKY BITCH".  I SPOKE WITH MR AND MRS PRESTON AND THEY
   STATED THAT THEY HAVE NOT SAID ANYTHING TO MS NAILS.  I ALSO SPOKE
   WITH THE LANDLORD, WF PATRICIA GARRETT, AND SHE STATED TAHT MS NAILS
   COMPLAINS EVERYDAY THAT THE PRESTONS ARE THINKING TOO LOUDLY AND THAT
   THEY ARE ARGUING WITH OTHER PEOPLE IN THEIR MINDS AND SHE CAN HEAR
   THEM.  WHEN I ASKED MS NAILS ABOUT THIS SHE STATED THAT "ITS ALL PART
   OF TELEPATHY AND EVERYBODY KNOWS THAT."  I TOLD MS NAILS THAT I
   WASNT GOING TO DO A REPORT AND THAT I WASNT GOING TO LET HER SIGN
   A WARRNT ON THEM FOR THINKING TOO LOUDLY.  MS NAILS WANTED TO COMPLAIN
   ON ME, SO I HAD SGT D HARDEN RESPOND AND HE ADVISED THAT I HAD TO
   WRITE A REPORT AND LIST HER COMPLAINT.  THE PRESTONS STATED THAT MS.
   NAILS IS ALWAYS STOMPING AROUND UPSTAIRS AND I HEARD THIS WHILE I
   WAS IN THEIR APARTMENT.  WARRANT PROCEDURES WERE ADVISED.

* * * * * * * * * * * * * * * END OF REPORT * * * * * * * * * * * * * * * * * *

*EXHIBIT* C

Alabama Department of
# Public Safety

REPLY MAY BE MADE TO:

6/23/2005                      Driver License Abstract

Name:  EUGENE PRESTON              License No:  6645011    Status:   CURRENT
Issue Date:  04/22/2004           License Class:  D   CDL Status:  UNLICENSED
Expiration Date:  04/25/2008      Birth Date:  01/31/1964   Race:  B   Sex:  M
Restrictions:                     Endorsements:
---------------------------------------------------------------------------
Conviction   Offense                Off    Com                       Rep
  Date        Description            Date   Veh    Court/Agency       Cnsl
---------------------------------------------------------------------------
08/29/2003 SPEEDING   82/65 MPH ZONE  07/01/2003  P HENRY COUNTY DISTRICT COURT   N


            ***   The inclusion of accident data in this report  ***
            ***      in no way implies fault or liability.       ***
            ***                                                  ***
            ***   This report contains information reported to   ***
            ***      this department for the last 3 years.       ***


            I hereby certify that this is a true and
            correct copy of the records in the Driver
            License Division of the Alabama Depart-
            ment of Public Safety.

            ROSCOE HOWELL, MAJOR
            DRIVER LICENSE DIVISION



_____              _____
      Headquarters                        Driver License
   Post Office Box 1511                 Post Office Box 1471
Montgomery, Alabama 36102 - 1511    Montgomery, Alabama 36102 - 1471

*EXHIBIT* D

I Billy DeboSE WANt My NAME
TAKing OF CASE CV2003 005011.00 BeCAuSE
My EXWiFE STAys At that Address
403 Holley LANE ApT. A3 DoThAN, Al.
I Billy DebosE STAy At 4100S OAtES
ST. LoT 906 DoThAN, Al WHAT EverY
Going oN There IS PAuliNE ProbeIM
SHE AlSo DrivinG A IsuZu Trooper WiTH
My NAME oN It But I'M GETTing My NAME
TAKing OF the pAper WoRk

Billy DeboSE

FILED

MAR 0 5 2003

Judy Byrd
JUDY BYRD, CLERK
HOUSTON CO., AL

*EXHIBIT* E

# AMY M. SHUMATE, P. C.
### ATTORNEYS AT LAW
294 W. MAIN STREET, SUITE 205
DOTHAN, ALABAMA 36301
(334) 673-0729    Fax (334) 702-0272

AMY M. SHUMATE
ALSO ADMITTED IN FLORIDA

REBECCA D. HENRY
ASSOCIATE ATTORNEY

May 1, 2003

Angela Denise Nails
509 N. Lena ST
Dothan, AL 36301

Dear Mrs. Nails:

I have received information from Mr. Preston that he did not have any insurance, and I wanted to pass that information on to you. This does not change my opinion as I stated in my previous letter, nor does it change my involvement in your case. I still am unable to represent you in this matter, but wanted simply to make sure you had the above information.

Sincerely,

Amy M. Shumate

*EXHIBIT* F

UOC

# UNIVERSITY ORTHOPAEDIC CLINIC, P.C.

H. CHESTER BOSTON, JR., M.D. ★ ● ▲ □
Spinal Disorders
Surgery of the Spine ▲

JOHN P. BUCKLEY, M.D. ★ ● ○ □
Arthroscopic & Orthopaedic Surgery
Surgery of the Hand & Upper Extremity ▲

STEPHEN T. IKARD, M.D. ● □
Arthroscopic & Orthopaedic Surgery
Total Joint Replacement ▲

DONALD S. SCOTT, M.D. ● □
Arthroscopic & Orthopaedic Surgery
Work Related Injuries

305/400 BRYANT DRIVE, EAST    NORTHPORT MEDICAL CENTER
P.O. BOX 2447    SUITE 101
TUSCALOSA, ALABAMA 35403    NORTHPORT, ALABAMA 35476
FAX: (205)345-7341    FAX: (205)333-9935

TELEPHONE: (205)345-0192
www.univorthoclinic.com

L. SCOTT ATKINS, JR., M.D. ● □
Arthroscopic & Orthopaedic Surgery
Knee and Shoulder Disorders

JAMES T. BARNETT, JR., M.D. ■
Physical Medicine &
Rehabilitation

WILLIAM C. STANDEFFER, JR., M.D. ● □
Arthroscopic & Orthopaedic Surgery
Sports Medicine ▲

FREDERICK S. GRAHAM, M.D. ■
Physical Medicine &
Rehabilitation
▲

```
PATIENT#       : 133156
PATIENT NAME   : NAILS, ANGELA D
DATE OF SERVICE: 04/23/2004
AGE            : 43Y
SUBJECT        : CLINIC NOTE
```

Ms. Nails is seen today for evaluation of her knees and her left foot. She has a history of mass over the dorsal lateral aspect of her foot which has been present for at least several months. She states that she was hit by a car in 2002 has had bilateral knee pain since that time.    1/03 J. A.

On exam she has bilateral patellofemoral crepitus during range of motion. No scars are noted. The color of the skin appears to be normal. No masses are present. Test coordination is normal. Fine motor testing is normal. Deep tendon reflexes are normal. Sensation is normal. Orientation is normal to time, place and person. Mood and affect are appropriate. She has no significant joint line tenderness. No instability of either knee.

On examination of the left foot is significant for about a 1 x 1.5 cm mass over the dorsal aspect of the fourth and fifth metatarsals consistent with ganglion cyst. MRI scan of her foot shows ganglion cyst about her foot. MRI of her knee shows findings consistent with chondromalacia patella.

```
IMPRESSION:
1. Bilateral patella chondromalacia.
2. Ganglion cyst left foot.
```

PLAN: We'll treat her with Naprosyn and physical therapy. She'll return to see us in a few weeks for recheck if needed.

L. Scott Atkins, Jr., M.D./dr

-------------------------------------------------------

```
PATIENT#       : 133156
PATIENT NAME   : NAILS, ANGELA D
DATE OF SERVICE: 04/23/2004
AGE            : 43Y
SUBJECT        : CLINIC NOTE
Height 61. Weight 170 lb   Temperature 97.9.
```

Debra L. Trimm AART/aq

```
PATIENT#       : 133156
PATIENT NAME   : NAILS, ANGELA D
DATE OF SERVICE: 05/05/2004
AGE            : 43Y
SUBJECT        : CLINIC NOTE
```

Ms. Nails called back today to let me know that she was actually injured when she was struck by a vehicle in January 2003. She had originally told me that the accident occurred 2002.

L. Scott Atkins, Jr., M.D./dr

▲ CERTIFIED AMERICAN BOARD OF SPINE SURGERY    □ DIPLOMATE OF THE AMERICAN BOARD OF ORTHOPAEDIC SURGERY
● FELLOW OF THE AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS    ▲ POST RESIDENCY FELLOWSHIP TRAINING
★ FELLOW OF THE AMERICAN COLLEGE OF SURGEONS    ○ MEMBER AMERICAN SOCIETY FOR SURGERY OF THE HAND

**SOUTHERN BONE & JOINT SPECIALIST**
**SPORTS MEDICINE & REHAB**

92

### PROGRESS/DISCHARGE SUMMARY

Date: 9/1/04

Patients Name: Angela Neal

Dr: Morris, Ja back, Dr Burgess for (B) Knees   MR#: 200196

Dx: mechanical LB pain, (B) Knee pain   3   NS's: 8/2   1

SOC Date: 7/9/04   # of Visits: 15   Cx's: 8/25, 8/27, 8/30

Discharge Date: 9/1/04   Date of Last Visit: 9/1/04

PREVIOUS GOALS:   GOALS MET?
1) demonstrate (I) c around HEP a progress/instr   Y/N

2) full AROM Knees s pain   Y/N

3) full strength Knees s pain   Y/N

4) ascend/descend 2 flights stairs s pain   Y/N

5) amb community disb a 3 a 1/2 feet   Y/N

6) (I) sit → stand, to kneel s pic   Y/N

7) Oswestry score to 16?   Y/N   46

8) continuous street walk > 30 min consecutive   Y/N

9) demonstrate good body mechanics 100%   Y/N   in time

☒ All goals met   wnl   ☒ Progressing towards goals   8/9 Goals Met - 88%   ☐ Goals not met   / Goals Met - ____%
Goals Met (-100%)   (-between 50-100% achievement of set goals)   (=<50% achievement of set goals)

OBJECTIVE FINDINGS: Posture normal except (B) Recurvatum - encouraged to not "lock knees". ROM (B) Knees WNL c soft tissue stop at knee flex; deep knee squat + return s holding on. Strength (B) Knees 5/5 at times + other times tested 4-/5 knee flex/ext, hip flex, ext 4/5 when manually tested. Walked on toes, heels, single leg stance 20 sec each leg + wt down mt each leg 10X, performed 1/2 kneel + return + kneeled both knees + able to sit back on heels, sit.

ASSESSMENT: Patient initially came in stating pain was 10/10 but when told this m pain so bad she would have to go to ER changed pain to 8/10 (B) knees + 9/10 back. Pt then performed all activities + re-eval s ever c/o ↑ pain. Treadmill s

RECOMMENDATIONS/PLAN: Demonstrated good body mechanics s# waist → shoulder + return 10X + lifting box 15# + carrying 20ft 10X, lumbar ROM WNL fingertips to floor in flex 6" + in SB 18° SLR 90° Palpation tender entire back to touch, ASIS PSIS = stairs, 7 steps, 2 flights, s holding on. Recommendations: cont HEP

THERAPIST: Tina___ PT   DATE: 9/1/04

PHYSICIAN: _____   DATE: 9/8/04

| REASONS FOR DISCHARGE | | |
|---|---|---|
| ☐ Insurance not re-authorized | ☐ Patient refused or did not return to therapy | ☑ Program Completed   Patient met goals 88% + |
| ☐ Medical complications/re-injury | ☐ Non-renewed prescription | ☑ Other able to do functional acti |

*Applies to Workers Compensation patients ONLY:*

| *Returned to work without restrictions: | *Returned to work with restrictions/modifications: | ☐ Did not return ☐ Unable to assess work status ☐ Other |