IN THE United States DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION        2006 SEP 18  A 11: 07

ANGELA DENISE NAILS,

      Plaintiff,      Case No. 06-CV-801-MEF

ALSA RANA
RUSSEL RANA,

      Defendant,

## SUBJECT MATTER JURISDICTION

The plaintiff case is lacking subject matter jurisdiction. Federal Rule civil procedure rule 8(a) entitled to relief. "In resriberg 49 B.R. 80,81 (Bankr. D. Mass 1984 facts must be alleged sufficiently to apprise the defendant of the complaint against him. Subject Matter Jurisdiction is within the Constitution First amendment. Congress shall make no abridging the freedom of speech or the right of the people of peaceably to assemble and to petition the government for a redress of grievances.

Constitution amendment ratified by the several states, pursuant to the Fifth Article of the original Constitution. Or be deprived of life, liberty, or property, without due process of law; Federal Civil Rule Procedure

*{249US119,125} is the Subject Matter Jurisdiction of the Constitution (article3,2,) extends the judicial power of the united states to all cases of admiralty people's Ferry Co. v Beers 20 How; 393, 401 phila W. & B.R.co.Vphila,etc.*

*Subject Matter Jurisdiction 16 Amendment (1)(2) U.S. Constitution. The U.S. Supreme Court says that your right to contract is unlimited so long as it is a full up right and lawful enterprise or undertaking ect. The plaintiff had a contract with the defendant.*

*Angela Denise Nails*
ANGELA DENISE NAILS

PRO SE