IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 1:06-cv-801-MEF |
| | ) |
| ALSA RANA, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's "Subject Matter Jurisdiction" which the court construes as a motion for reconsideration (Doc. #5) filed on September 18, 2006, it is hereby

ORDERED that the motion is DENIED.

DONE this 20th day of September, 2006.

                                          /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE